**TRENK, DIPASQUALE, WEBSTER,
DELLA FERA & SODONO, P.C.**
347 Mount Pleasant Avenue, Suite 300
West Orange, New Jersey 07052
(973) 243-8600
Richard D. Trenk (RT 6874)
Adam D. Wolper (AW 6169)
*Proposed Attorneys for the Debtor*



FILED
JAMES J. WALDRON, CLERK
JAN 20 2010
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Case No. 09-44498 (MS) |
| CONNOLLY PROPERTIES, INC., | Chapter 11 |
| Debtor. | Honorable Morris Stern |

**ORDER GRANTING DEBTOR'S MOTION FOR AN ORDER
AUTHORIZING DEBTOR TO CONTINUE USING EXISTING
BANK ACCOUNTS FOR TENANT SECURITY DEPOSITS**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

1/20/10

| | |
|---|---|
| Debtor: | Connolly Properties, Inc. |
| Case No.: | 09-44498 (MS) |
| Caption of Order: | Order Granting Debtor's Motion for an Order Authorizing Debtor to Continue Using Existing Bank Accounts for Tenant Security Deposits |

Upon consideration of the Motion of Connolly Properties, Inc. (the "Debtor") for an Order Authorizing the Debtor to Continue Using Existing Bank Accounts for Tenant Security Deposits (the "Motion"); and it appearing that the Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and this Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Motion is in the best interests of the Debtor, its estate, and creditors; and after due deliberation thereon, and good and sufficient cause appearing therefor; it is hereby

**ORDERED**, that:

1. The Debtor is hereby authorized and permitted to maintain and continue using the pre-petition Escrow Accounts (as that term is defined in the Debtor's Verified Application in Support of the Motion).

2. The banks where the Escrow Accounts are located are hereby authorized to continue to service and administer all such accounts as accounts of a debtor-in-possession pursuant to chapter 11 of the Bankruptcy Code.

F:\WPDOCS\A-M\Connolly Properties\Connolly Properties, Inc\BANK ACCOUNT - Proposed Order.doc