## DISTRICT OF NEW JERSEY

In re: Connolly Properties, Inc.

Case No.: 09-44498(MS)
Reporting Period: Jan & Feb, 2010

### MONTHLY OPERATING REPORT  Revised
### (SINGLE ASSET REAL ESTATE CASE)

File with Court and submit copy to United States Trustee within 20 days after end of each month

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | See Ck Reg | |
| Bank Reconciliation | MOR-1(CONT) | X | |
| Copies of bank statements | | X | |
| Cash disbursement journals | | X | |
| Statement of Operations | MOR-2 (RE) | X | |
| Balance Sheet | MOR-3 | N/A | |
| Status of Postpetition Taxes | MOR-4 | X | |
| Copies of IRS Form 6123 or payment receipt | | N/A | |
| Copies of tax returns filed during reporting period | | N/A | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | |
| Listing of aged accounts payable | | X | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | N/A | |
| Debtor Questionnaire | MOR-5 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report
are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

_____
Date

_____
Signature of Joint Debtor

_____
Date

_____
Signature of Authorized Individual

March 30, 2010
_____
Date

V. Valle Schloesser
_____
Printed Name of Authorized Individual

C. F. O.
_____
Title of Authorized Individual

# Business Basic Checking

PNC Bank

**⊗PNCBANK**

**For the period 01/01/2010 to 01/29/2010**

CONNOLLY PROPERTIES, INC. DIP
128 E 7TH ST
PLAINFIELD NJ 07060-1780

Primary account number: 80-3510-7998
Page 1 of 5

Number of enclosures: 0

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

☎ For customer service call 1-877-BUS-BNK
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.
✉ Write to: Customer Service
PO Box 609
Pittsburgh , PA 15230-9738

Visit us at pnc.com/mybusiness/

TDD terminal: 1-800-531-1648
For hearing impaired clients only

## Important Account Information

**Effective December 14, 2009**

Due to consolidation within the Federal Reserve Processing Centers, the following routing numbers will be considered local for funds availability:
0220, 0223, 0410, 0412, 0420, 0421, 0422, 0423, 0430, 0432, 0433, 0434, 0440, 0441, 0442, 0515, 0519, 0710, 0711, 0712, 0719, 0720, 0724, 0730, 0739, 0740, 0749, 0750, 0759, 0813, 0830, 0839, 0863, 0910, 0911, 0912, 0913, 0914, 0915, 0918, 0919, 0920, 0921, 0929, 0960, 1010, 1011, 1012, 1019, 1020, 1021, 1022, 1023, 1030, 1031, 1039, 1040, 1041, 1049, 1070, 1110, 1111, 1119, 1120, 1122, 1123, 1130, 1131, 1140, 1149, 1163, 1210, 1211, 1212, 1213, 1214, 1220, 1221, 1222, 1223, 1224, 1230, 1231, 1232, 1233, 1240, 1241, 1242, 1243, 1250, 1251, 1252, 2220, 2223, 2410, 2412, 2420, 2421, 2422, 2423, 2430, 2432, 2433, 2434, 2440, 2441, 2442, 2515, 2519, 2710, 2711, 2712, 2719, 2720, 2724, 2730, 2739, 2740, 2749, 2750, 2759, 2813, 2830, 2839, 2863, 2910, 2911, 2912, 2913, 2914, 2915, 2918, 2919, 2920, 2921, 2929, 2960, 3010, 3011, 3012, 3019, 3020, 3021, 3022, 3023, 3030, 3031, 3039, 3040, 3041, 3049, 3070, 3110, 3111, 3119, 3120, 3122, 3123, 3130, 3131, 3140, 3149, 3163, 3210, 3211, 3212, 3213, 3214, 3220, 3221, 3222, 3223, 3224, 3230, 3231, 3232, 3233, 3240, 3241, 3242, 3243, 3250, 3251, 3252
This means that funds from checks with these routing numbers were available sooner in most cases. The complete listing of local routing numbers appears below.

Amendment to the Consumer, Business and Analysis Business Funds Availability Policies for branches in the PNC Bank Pittsburgh, Northwest PA, Ohio, Kentucky, Indiana, West Virginia markets.

The information stated below amends certain information in our Consumer, Business Analysis and Business Funds Availability Policies ('Policies'). All other information in our Policies continues to apply to your account. Please review the following information and retain with your records.

**Identification of Market**
Philadelphia, PA: (Philadelphia) PA Counties of:
Bucks, Chester, Delaware, Montgomery, Philadelphia

Northeast, PA: (Scranton, Wilkes-Barre)
PA Counties of: Carbon, Columbia,
Lackawanna, Lehigh, Luzerne, Monroe,
Northampton, Wayne

Central PA / Northern Region: (State College)
PA Counties of: Lycoming, Centre, Huntingdon

Central PA Southern & Eastern Regions: (Harrisburg)
PA Counties of: Adams, Berks, Cumberland, Dauphin, Lancaster, Lebanon, Perry, York

FORM063R-079

For 24-hour account information, sign on to
pnc.com/mybusiness/

For the period 01/01/2010 to 01/29/2010
CONNOLLY PROPERTIES, INC. DIP
Primary account number: 80-3510-7998
Page 2 of 5

Delaware, New Jersey, New York, Maryland, Virginia, Washington D.C.: All Branches

Local Routing Numbers for Above Markets Effective December 14, 2009
0110, 0111, 0112, 0113, 0114, 0115, 0116, 0117, 0118, 0119, 0210, 0211, 0212, 0213, 0214, 0215, 0216, 0219, 0220, 0223, 0260, 0280,
0310, 0311, 0312, 0313, 0319, 0360, 0410, 0412, 0420, 0421, 0422, 0423, 0430, 0432, 0433, 0434, 0440, 0441, 0442, 0510, 0514, 0515,
0519, 0520, 0521, 0522, 0540, 0550, 0560, 0570, 0710, 0711, 0712, 0719, 0720, 0724, 0730, 0739, 0740, 0749, 0750, 0759, 0813, 0830,
0839, 0863, 0910, 0911, 0912, 0913, 0914, 0915, 0918, 0919, 0920, 0921, 0929, 0960, 1010, 1011, 1012, 1019, 1020, 1021, 1022, 1023,
1030, 1031, 1039, 1040, 1041, 1049, 1070, 1110, 1111, 1119, 1120, 1122, 1123, 1130, 1131, 1140, 1149, 1163, 1210, 1211, 1212, 1213,
1214, 1220, 1221, 1222, 1223, 1224, 1230, 1231, 1232, 1233, 1240, 1241, 1242, 1243, 1250, 1251, 1252, 2110, 2111, 2112, 2113, 2114,
2115, 2116, 2117, 2118, 2119, 2210, 2211, 2212, 2213, 2214, 2215, 2216, 2219, 2220, 2223, 2260, 2280, 2310, 2311, 2312, 2313, 2319,
2360, 2410, 2412, 2420, 2421, 2422, 2423, 2430, 2432, 2433, 2434, 2440, 2441, 2442, 2510, 2514, 2515, 2519, 2520, 2521, 2522, 2540,
2550, 2560, 2570, 2710, 2711, 2712, 2719, 2720, 2724, 2730, 2739, 2740, 2749, 2750, 2759, 2813, 2830, 2839, 2863, 2910, 2911, 2912,
2913, 2914, 2915, 2918, 2919, 2920, 2921, 2929, 2960, 3010, 3011, 3012, 3019, 3020, 3021, 3022, 3023, 3030, 3031, 3039, 3040, 3041,
3049, 3070, 3110, 3111, 3119, 3120, 3122, 3123, 3130, 3131, 3140, 3149, 3163, 3210, 3211, 3212, 3213, 3214, 3220, 3221, 3222, 3223,
3224, 3230, 3231, 3232, 3233, 3240, 3241, 3242, 3243, 3250, 3251, 3252

If you have any further questions about our Funds Availability Policies, please contact your local branch office or call our toll-free
customer service line for Consumer Customers at 1-888-PNC-BANK or for Business Customers at 1-877-BUS-BNKG. Our
Representatives are available Monday - Friday between 7 a.m. and 10 p.m. ET, or Saturday and Sunday between 8 a.m. and 5 p.m. ET
assist you.

## IMPORTANT ACCOUNT INFORMATION

Summary of Changes: Sections of your Account Agreement have been updated as follows:

*   Transaction Limitations: The limit of three checks payable to a third party per statement period has been increased to six per federa
regulation and count towards the total of six allowable transfers per statement period.
*   Inactive Accounts: The time period after which the bank considers your account to be inactive is being defined as six or more month
The time period after which your account is determined to be abandoned property is determined by applicable state law.
*   Payment of Overdrafts for Card Transactions: This section has been added to explain the policy of allowing card transactions to
overdraw your account and provide you the option to request that transactions that would overdraw your account be denied.

**Effective December 12, 2009**

The information stated below amends certain information in our Account Agreement for Business Checking and Savings Accounts. All
other information in our Agreement, as amended, continues to apply to your account. Please review the following information and reta
it with your records.

### TRANSACTION LIMITATIONS
If you have an interest-bearing Account, in accordance with federal regulations, we reserve the right to require that you give us notice
in writing of an intended withdrawal from your Account not less than seven (7) days before such withdrawal is to be made. However, if
we permit you to make withdrawals without giving us notice, we may still require you to give us notice prior to subsequent withdrawals

You may make unlimited withdrawals or transfers by mail, ATM (if available) or in person from Money Market Accounts. You may not,
however, make more than a total of six transfers to other accounts or to third parties during each monthly statement period when thes
are made by preauthorized or automatic agreement or telephone transfer, check, debit card or similar order payable to a third person.

We reserve the right to prevent transfers that exceed the above limits or to monitor these transactions after they occur. When we
observe that the number of transactions exceeds the above limits, we will contact you for corrective action. If excessive transactions
continue to occur, we reserve the right to close your Account or convert it to an Account without transfer limitations.

### INACTIVE ACCOUNTS
If your Account is inactive and you have not otherwise communicated with us about your Account for the period provided by law, we wi
be required to transfer the balance of your Account as "abandoned property" to the appropriate state authority. If your account is
inactive six or more months, we reserve the right to impose an inactivity charge on your Account. You also agree that if your account i
inactive for six or more months, it will be subject to any new fees or fee increases which go into effect during the period of inactivity.

### PAYMENT OF OVERDRAFT FOR CARD TRANSACTIONS
We will exercise our discretion in allowing you to complete a card transaction that may cause an overdraft to your checking or money
market account when using your PNC Bank Visa Check Card or PNC Bank Banking Card at PNC Bank ATMs, non-PNC ATMs, and for
merchant purchases. At PNC Bank ATMs, we give you the choice to cancel the transaction if it would cause an overdraft. We are not
able to provide you this choice when using a non-PNC Bank ATM or when making purchases.

If you would prefer that we not allow overdrafts for card transactions at the ATM or merchant, you must contact us and request that we
not allow such overdrafts. If you do so, we will decline transactions if your available funds are not sufficient to cover them. We may not
be able to prevent all overdrafts (examples include, but are not limited to, (1) because transactions are not always received and

# Business Basic Checking


**PNC BANK**

For 24-hour account information, sign on to
pnc.com/mybusiness/

For the period 01/01/2010 to 01/29/2010
CONNOLLY PROPERTIES, INC. DIP
Primary account number: 80-3510-7998
Page 3 of 5

processed in the same order in which you complete them; or (2) a merchant may not submit a transaction for authorization because it i
a small dollar amount).

For more information, please call 1-877-BUS-BNKG (287-2654) between 7 am - 10 pm (ET) Monday-Friday, and 8 am - 5 pm (ET)
Saturday-Sunday.

## Business Basic Checking Summary

Account number: 80-3510-7998
Overdraft Protection Provided By: **Contact PNC to establish Overdraft Protection**

Connolly Properties, Inc. Dip

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 100.00 | 447,089.37 | 447,786.40 | 597.03- |
| | | Average ledger balance | Average collected balance |
| | | 36,941.20 | 21,584.62 |

### Deposit and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 20 | 227,602.05 |
| Other Additions | 9 | 219,487.32 |
| Total | 29 | 447,089.37 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 41 | 180,311.88 |
| Service Charges and Fees | 12 | 410.00 |
| Other Deductions | 8 | 267,064.52 |
| Total | 61 | 447,786.40 |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 01/01 | 100.00 | 01/13 | 11,425.88 | 01/22 | 49,082.52 |
| 01/07 | 72,298.92 | 01/14 | 19,200.03 | 01/25 | 39,488.27 |
| 01/08 | 146,232.00 | 01/19 | 100,714.87 | 01/26 | 95.77 |
| 01/11 | 54,990.68 | 01/20 | 105,302.37 | 01/28 | 525.03 |
| 01/12 | 4,943.50 | 01/21 | 517.37 | 01/29 | 597.03- |

## Activity Detail

## Deposits and Other Additions

### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/07 | 69,023.00 | Deposit | |
| 01/07 | 3,175.92 | Deposit | 544363239 |
| 01/08 | 64,391.00 | Deposit | 544568560 |
| 01/08 | 3,957.16 | Deposit | 544486818 |
| 01/08 | 2,500.00 | Deposit | 544486835 |
| 01/08 | 1,886.92 | Deposit | 544486839 |
| 01/08 | 1,005.00 | Deposit | 544487094 |
| 01/08 | 193.00 | Deposit | 544486842 |
| 01/11 | 2,263.18 | Deposit | 544487096 |
| 01/12 | 6,413.00 | Deposit | 544589416 |
| 01/12 | 2,213.00 | Deposit | 544730730 |
| 01/13 | 5,099.00 | Deposit | 544730732 |
| 01/13 | 2,848.40 | Deposit | 545057791 |
| | | | 545057808 |

*(handwritten annotations):* 59,793-cleared + 1220 NSF + 3378 NSF
2996.64 cleared + 960.52 NSF (see Debits)

Deposits continued on next page

FORM953R-0709

# Reviewing Your Statement

Please review this statement carefully and reconcile it with your records. Call the telephone number on the upper right side of the first pag of this statement if:

- you have any questions regarding your account(s);
- your name or address is incorrect;
- you have any questions regarding interest paid to an interest-bearing account.

---

## Balancing Your Account

### Update Your Account Register

| | |
|---|---|
| **Compare:** | The activity detail section of your statement to your account register. |
| **Check Off:** | All items in your account register that also appear on your statement. Remember to begin with the ending date of your last statement. (An asterisk {*} will appear in the Checks section if there is a gap in the listing of consecutive check numbers.) |
| **Add to Your Account Register Balance:** | Any deposits or additions including interest payments and ATM or electronic deposits listed on the statement that are not already entered in your register. |
| **Subtract From Your Account Register Balance:** | Any account deductions including fees and ATM or electronic deductions listed on the statement that are not already entered in your register. |

---

## Update Your Statement Information

**Step 1:**
Add together deposits and other additions listed in your account register but not on your statement.

| Date of Deposit | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total A** | |

**Step 2:**
Add together checks and other deductions listed in your account register but not on your statement.

| Check Number or Deduction Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total B** | |

**Step 3:**

Enter the ending balance recorded on your statement    $ _____

Add deposits and other additions not recorded    Total A + $ _____

Subtotal= $ _____

Subtract checks and other deductions not recorded Total B - $ _____

The result should equal your account register balance    = $ _____

---

## Verification of Direct Deposits

To verify whether a direct deposit or other transfer to your account has occurred, call us Monday - Friday: 7 AM - 10 PM ET and Saturday & Sunday: 8 AM - 5 PM ET at the customer service number listed on the upper right side of the first page of this statement.

## Electronic Funds Transfers

In case of errors or questions about your electronic transfers or if you need more information about a transfer, call us Monday - Friday: 7 AM - 10 PM ET and Saturday & Sunday: 8 AM - 5 PM ET at the customer service number listed on the upper right side of the first page of this statement. Or, if you prefer, please write us at: Customer Service, P.O. Box 609, Pittsburgh, PA 15230-0609. If you believe there is a problem, you must contact us no later than 60 days after the ending date of the first statement on which the error or problem appeared. You will need to provide the following information:

- Your name and account number(s);
- A description of the error or the transfer you are questioning. Please explain as clearly as you can why you need more information or why you believe an error was made;
- The dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If the investigation takes longer than 10 business days, we will credit your account for the amount you think is in error, so that you will have use of the funds during the time it takes us to complete our investigation.

---

**Member FDIC**          Equal Housing Lender

# ~~~ess Basic Checking

For 24-hour account information, sign on to
pnc.com/mybusiness/

**PNC BANK**

For the period **01/01/2010 to 01/29/2010**
CONNOLLY PROPERTIES, INC. DIP
Primary account number: 80-3510-7998
Page 5 of 5

Business Basic Checking Account number: 80-3510-7998 - continued

## Service Charges and Fees *- continued*

| Date posted | Amount | Transaction description | Reference numb |
|---|---|---|---|
| 01/26 | 36.00 | Overdraft Item Fee | |
| 01/29 | 36.00 | Overdraft Item Fee | H2354652? |
| 01/29 | 36.00 | Overdraft Item Fee | H2365572? |
| | | | 083642777 XMK |

## Other Deductions

| Date posted | Amount | Transaction description | Reference numbe |
|---|---|---|---|
| 01/11 | 60,000.00 *Legal* | Fed Wire Out 018602 | |
| 01/11 | 10,000.00 *Ins* | Fed Wire Out 021311 | W018602 011 |
| 01/11 | 4,000.00 *Bondi Hanson* | Tel 0600093114 0263 Transfer To XXXXXX7795  *158* | W021311 011 |
| 01/12 | 70,506.00 *Ins.* | Fed Wire Out 013054 | TEL 060 0093114 0265 |
| 01/12 | 60,000.00 *Legal* | Fed Wire Out 012985 | W013054 0115 |
| 01/13 | 20,000.00 *Legal* | Fed Wire Out 010787 | W012985 0112 |
| 01/13 | 5,558.52 | Ret Dep Item Summary  617794 = *960.$^{52}$ +1220, + 3378,* | W010787 0113 |
| 01/26 | 37,000.00 *withdrawal* Withdrawal  Tel 0600093101 0018 | | 000000000000 |
| | | | TEL 060 0093101 0018 |

*Payroll*

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 02/01/2010 and will appear on your next statement as a single line item entitled Service
Charge Period Ending 01/29/2010.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | |
| Combined Transactions | 175 | .00 | Required Balance Met |
| Checks Paid | 41 | .00 | Included in Account |
| Deposited Item - Consolidated | 114 | .00 | |
| Deposit Tickets Processed | 20 | .00 | |
| Branch - Consolidated Cash Deposited | 1 | .00 | |
| Return Of Deposited Item Charge | 3 | .00 | Included in Account |
| Negative Collected Charge | | 36.00 | |
| Wire Out, Voice Init, Non Repetitive | | 1.16 | |
| Wire Transfer Surcharge | 5 | 125.00 | |
| Total For Services Used This Period | 5 | 225.00 | |
| | | 387.16 | |
| **Total Service Charge** | | **387.16** | |

FORM953R-0709

For 24-hour account information, sign on to
pnc.com/mybusiness/

For the period 01/01/2010 to 01/29/2010
CONNOLLY PROPERTIES, INC. DIP
Primary account number: 80-3510-7998
Page 4 of 5

Business Basic Checking Account number: 80-3510-7998 - continued

## Deposits - continued

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/14 | √ 11,135.42 | Deposit | 54404 |
| 01/19 | √ 1,362.90 | Deposit | 54528 |
| 01/19 | 870.00 | Deposit | 54425 |
| 01/22 | √ 19,973.00 | Deposit | 54547 |
| 01/22 | √ 11,503.00 | Deposit | 54547 |
| 01/22 | √ 9,016.15 | Deposit | 54547 |
| 01/22 | √ 8,773.00 | Deposit | 54547 |

## Other Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/12 | ₩ 60,000.00 Legal | Tel 0600093104 0067 Transfer From XXXXXX0512  > PLF. | TEL.060 0093104 |
| 01/12 Insura. Pass Through | √ 16,000.00 Ins. | Tel 0600093104 0068 Transfer From XXXXXX0512 | TEL.060 0093104 |
| 01/12 | √ 116.32 | Credit Memo  Bank rec. adjustment | 54475 |
| 01/13 | √ 30,000.00 Ins. | Tel 0600093113 0065 Transfer From XXXXXX7971  > CARS | TEL.060 0093113 |
| 01/19 | √ 84,000.00 Legal | Tel 0600093107 0323 Transfer From XXXXXX7971  > CARS | TEL.060 0093107 |
| 01/20 | √ 4,530.00 Ins. | Tel 0600093113 0322 Transfer From XXXXXX0483  FULTON | TEL.060 0093113 |
| 01/20 | √ 2,626.00 Ins. | Tel 0600093113 0321 Transfer From XXXXXX7795  158 Payroll | TEL.060 0093113 |
| 01/21 | √ 20,825.00 Ins.  payroll | Tel 0600093114 0005 Transfer From XXXXXX0383  PLF. Payroll | TEL.060 0093114 |
| 01/21 | √ 1,390.00 Ins. | Tel 0600093114 0004 Transfer From XXXXXX0475  179 | TEL.060 0093114 |

Payroll From 179

## Checks and Other Deductions

### Checks and Substitute Checks          * Gap in check sequence

used in PLF

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/19 | 000 13 | 1,266.06 | 083105325 | 01/28 | 030 * √ | 220.80 | H236557249 | 01/21 | 092 * √ | 125,500.00 | 54442328 |
| 01/22 | 000 | 500.00 | 545485384 | 01/26 | 037 * √ | 765.00 | 086503326 | 01/21 | 093 √ | 1,500.00 | 54542958 |
| 01/11 | 001 √ | 192.00 | L084354709 | 01/26 | 038 √ | 1,746.00 | H239553374 | 01/14 | 1001 * √ | 1,745.00 | 08596140 |
| 01/14 | 002 √ | 79.27 | H236550515 | 01/26 | 039 √ | 788.50 | 086503325 | 01/13 | 1002 √ | 4,098.00 | 54505770 |
| 01/11 | 003 √ | 19,312.50 | 084481968 | 01/25 | 040 √ | 2,180.75 | H239465236 | 01/14 | 1003 √ | 570.00 | 08596140 |
| 01/13 | 004 √ | 801.00 | 085530002 | 01/25 | 041 √ | 1,054.50 | H239553975 | 01/14 | 1005 * √ | 823.00 | 08596140 |
| 01/12 | 006 * √ | 600.00 | H237298825 | 01/25 | 042 √ | 1,701.00 | H239553976 | 01/19 | 1007 * √ | 863.00 | 54425087 |
| 01/12 | 007 √ | 1,164.00 | H237298822 | 01/22 | 048 * √ | 200.00 | 545485585 | 01/20 | 1008 √ | 325.00 | 08392880 |
| 01/13 | 008 √ | 807.50 | 085760203 | 01/28 | 049 √ | 400.00 | 083642777 | 01/19 | 1009 √ | 863.00 | 54425987 |
| 01/20 | 009 √ | 921.50 | 084172238 | 01/25 | 050 √ | 200.00 | 545565028 | 01/20 | 1010 √ | 172.00 | 08392880 |
| 01/12 | 010 √ | 883.50 | H237298824 | 01/25 | 052 * √ | 2,000.00 | 545588836 | 01/19 | 1011 √ | 863.00 | 54425987 |
| 01/12 | 011 √ | 1,586.00 | H237298823 | 01/26 | 053 √ | 695.00 | L086608186 | 01/20 | 1012 √ | 575.00 | 08392880 |
| 01/13 | 012 √ | 200.00 | 085788263 | 01/25 | 054 √ | 695.00 | H235465685 | 01/19 | 1013 √ | 863.00 | 54425985 |
| | | | | 01/25 | 055 √ | 17.00 | 545588942 | 01/20 | 1014 √ | 575.00 | 08392880 |

## Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/12 | 25.00 | Overdraft Item Fee | L084354709 XX |
| 01/12 | 25.00 | Overdraft Item Fee | 084481968 XX |
| 01/14 | 36.00 | Overdraft Item Fee | 54505 |
| 01/14 | 36.00 | Overdraft Item Fee | 085760203 XX |
| 01/14 | 36.00 | Overdraft Item Fee | 085530002 XX |
| 01/14 | 36.00 | Overdraft Item Fee | 085788263 XX |
| 01/26 | 36.00 | Overdraft Item Fee | 54558 |
| 01/26 | 36.00 | Overdraft Item Fee | H235465 |
| 01/26 | 36.00 | Overdraft Item Fee | 54558 |

Service Charges and Fees continued on next page

Connolly Properties, Inc.
Statement Date : 01/31/10

| | |
|---|---|
| Bank Statement Starting Balance | 100.00 |
| Add Cleared Deposits and Increases (37 Items) | 441,530.85 |
| Less Cleared Checks and Decreases (49 Items) | 442,227.88 |
| Bank Statement Ending Balance | -597.03 |

| | |
|---|---|
| Bank Statement Ending Balance | -597.03 |
| Add Deposits and Other Increases not Cleared (6 Items) | 26,431.00 |
| Less Checks and Other Decreases not Cleared (91 Items) | 342,924.95 |
| Checkbook Balance as of 02/19/10 | -317,090.98 |

| | |
|---|---|
| Checkbook Balance as of 02/19/10 | -317,090.98 |
| Add Uncleared Deposits etc. written after 02/19/10 (0 Items) | 0.00 |
| Less Uncleared Checks etc. written after 02/19/10 (1 Items) | 5,707.00 |
| Current Bank Balance | -322,797.98 |

# Business Basic Checking

PNC Bank

22- 3533229

 **PNC BANK**

**For the period 01/30/2010 to 02/26/2010**

15585

**CONNOLLY PROPERTIES, INC. DIP**
**128 E 7TH ST**
**PLAINFIELD NJ 07060-1780**

Primary account number: 80-3510-7998

Page 1 of 5

Number of enclosures: 0

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

☎ For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.

✉ Write to: Customer Service
PO Box 609
Pittsburgh , PA 15230-9738

💻 Visit us at pnc.com/mybusiness/

TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

## Business Basic Checking Summary

Connolly Properties, Inc. Dip

Account number: 80-3510-7998
Overdraft Protection Provided By: **Contact PNC to establish Overdraft Protection**

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 597.03- | 467,668.18 | 426,857.54 | 40,213.61 |
| | | Average ledger balance | Average collected balance |
| | | 76,830.93 | 70,701.93 |

### Overdraft and Returned Item Fee Summary

| | Total for this Period | Total Year to Date |
|---|---|---|
| Total Overdraft Fees | 108.00 | 518.00 |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 38 | 387,641.65 |
| Other Additions | 11 | 80,026.53 |
| **Total** | **49** | **467,668.18** |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 63 | 96,764.22 |
| Service Charges and Fees | 4 | 495.16 |
| Other Deductions | 15 | 329,598.16 |
| **Total** | **82** | **426,857.54** |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 01/30 | 597.03- | 02/10 | 204,437.70 | 02/19 | 84,965.33 |
| 02/01 | 984.19- | 02/11 | 134,382.02 | 02/22 | 91,515.83 |
| 02/04 | 32,726.10 | 02/12 | 164,619.70 | 02/23 | 48,403.11 |
| 02/05 | 12,726.10 | 02/16 | 146,981.16 | 02/24 | 40,613.61 |
| 02/08 | 180,729.70 | 02/17 | 20,058.85 | 02/26 | 40,213.61 |
| 02/09 | 219,159.70 | 02/18 | 32,925.79 | | |



For 24-hour account information, sign on to
pnc.com/mybusiness/

**For the period 01/30/2010 to 02/26/2010**
CONNOLLY PROPERTIES, INC. DIP
Primary account number: 80-3510-7998
Page 2 of 5

Business Basic Checking Account number: 80-3510-7998 - continued

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/04 | √ 5,578.00 | Deposit | |
| 02/04 | √ 980.00 | Deposit | 545380617 |
| 02/04 | √ 203.29 | Deposit | 545380619 |
| 02/08 | 104,932.00 | Deposit | 545380602 |
| 02/08 | 13,065.86 | Deposit | 545707415 |
| 02/08 | 9,664.69 | Deposit | 545707322 |
| 02/08 | 9,561.54 | Deposit | H236563340 |
| 02/08 | 9,518.00 | Deposit | 545708544 |
| 02/08 | 9,398.61 | Deposit — | 544669527 |
| 02/08 | 8,916.62 | Deposit | 545708549 |
| 02/08 | 8,630.00 | Deposit | 545708540 |
| 02/08 | 7,154.95 | Deposit | 545707324 |
| 02/08 | 2,863.00 | Deposit | 545708529 |
| 02/08 | 2,375.20 | Deposit | 545717073 |
| 02/08 | 1,276.95 | Deposit | 545708500 |
| 02/09 | 9,612.00 | Deposit | 545708533 |
| 02/09 | 9,130.00 | Deposit | 544765908 |
| 02/09 | 8,551.00 | Deposit | 544765917 |
| 02/09 | 8,219.00 | Deposit | 544765920 |
| 02/09 | 7,528.00 | Deposit | 544765911 |
| 02/11 | ¢ 9,450.00 | Deposit | 544765914 |
| 02/11 | ¢ 452.20 | Re-Deposit Of Returned Item(s) | 546467642 |
| 02/11 | ¢ 279.54 | Re-Deposit Of Returned Item(s) | 063331478 |
| 02/11 | ¢ 250.00 | Re-Deposit Of Returned Item(s) | 063331487 |
| 02/12 | 10,985.00 | Deposit | 063331469 |
| 02/12 | 8,750.00 | Deposit | 545901074 |
| 02/12 | 8,683.00 | Deposit | 544061629 |
| 02/12 | 7,002.00 | Deposit | 544061215 |
| 02/16 | 1,551.00 | Deposit | 544061625 |
| 02/17 | 11,503.00 | Deposit | 544220799 |
| 02/17 | 9,092.00 | Deposit | 545312186 |
| 02/17 | 420.00 | Deposit | 545312341 |
| 02/18 | 9,666.00 | Deposit | 544295841 |
| 02/18 | 9,636.00 | Deposit | 545395799 |
| 02/19 | 53,737.70 | Deposit | 545395796 |
| 02/19 | 1,875.00 | Deposit | 545501170 |
| 02/19 | 600.00 | Deposit | 545501204 |
| 02/22 | 6,550.50 | Deposit | 545501182 |
| | | | 545582996 |

FORM166R

# Business Basic Checking



📧 For 24-hour account information, sign on to
pnc.com/mybusiness/

**For the period 01/30/2010 to 02/26/2010**
CONNOLLY PROPERTIES, INC. DIP
Primary account number: 80-3510-7998

Business Basic Checking Account number: 80-3510-7998 - continued        Page 3 of 5

## Other Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/04 | 20,279.69 | Tel 0600093113 0039 Transfer From XXXXXX0512 | TEL 060 0093113 0039 |
| 02/04 | 8,274.84 | Tel 0600093113 0040 Transfer From XXXXXX0483 | TEL 060 0093113 0040 |
| 02/04 | 5,742.30 | Tel 0600093113 0035 Transfer From XXXXXX6165 | TEL 060 0093113 0035 |
| 02/04 | 5,163.36 | Tel 0600093113 0036 Transfer From XXXXXX6157 | TEL 060 0093113 0036 |
| 02/04 | 3,884.22 | Tel 0600093113 0038 Transfer From XXXXXX0475 | TEL 060 0093113 0038 |
| 02/04 | 3,695.71 | Tel 0600093113 0034 Transfer From XXXXXX7293 | TEL 060 0093113 0034 |
| 02/04 | 3,258.07 | Tel 0600093113 0037 Transfer From XXXXXX7795 | TEL 060 0093113 0037 |
| 02/04 | 1,572.27 | Tel 0600093113 0032 Transfer From XXXXXX6122 | TEL 060 0093113 0032 |
| 02/04 | 1,156.07 | Tel 0600093113 0033 Transfer From XXXXXX7306 | TEL 060 0093113 0033 |
| 02/17 | 20,000.00 | Tel 0600093113 0259 Transfer From XXXXXX6157 | TEL 060 0093113 0259 |
| 02/17 | 7,000.00 | Tel 0600093112 0070 Transfer From XXXXXX6157 | TEL 060 0093112 0070 |

*(Handwritten annotation: "Payroll" with brace spanning the first nine rows)*

## Checks and Other Deductions

### Checks and Substitute Checks          * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 02/08 | 060 | 3,136.00 | 545716733 | 02/18 | 087 | 4,036.91 | 083458548 |
| 02/04 | 000 | 26,077.53 | 546447320 | 02/09 | 061 | 1,872.00 | 084084471 | 02/16 | 090 * | 349.47 | 075663060 |
| 02/08 | 000 | 58.03 | 545716700 | 02/08 | 063 * | 695.00 | H236568483 | 02/19 | 091 | 141.41 | L085710111 |
| 02/12 | 000 | 554.71 | 545901193 | 02/09 | 064 | 1,945.00 | 084084472 | 02/19 | 092 | 384.47 | L085710112 |
| 02/16 | 000 | 2,848.40 | 085618681 | 02/08 | 065 | 1,064.00 | H239555490 | 02/17 | 093 | 64.82 | L086562152 |
| 02/16 | 000 | 573.34 | 085718855 | 02/08 | 066 | 1,736.00 | H239555489 | 02/16 | 094 | 3,447.45 | 086097131 |
| 02/18 | 000 | 689.78 | 083458540 | 02/08 | 067 | 2,313.00 | H239555491 | 02/16 | 096 * | 166.42 | 086157219 |
| 02/19 | 000 | 338.50 | 545501027 | 02/08 | 069 * | 760.00 | H236563288 | 02/16 | 097 | 707.51 | 086328706 |
| 02/19 | 000 | 383.96 | 083683276 | 02/08 | 070 | 907.25 | 083374107 | 02/17 | 098 | 325.00 | 086867892 |
| 02/09 | 002 * | 823.00 | L084099983 | 02/08 | 071 | 738.00 | 083374113 | 02/19 | 100 * | 1,324.82 | H239564242 |
| 02/18 | 005 * | 201.37 | 083458547 | 02/08 | 072 | 788.50 | 083374114 | 02/16 | 101 | 500.00 | H236572609 |
| 02/11 | 014 * | 535.50 | 085114534 | 02/08 | 073 | 4,843.34 | 545697172 | 02/19 | 104 * | 1,000.00 | 083818069 |
| 02/11 | 015 | 535.50 | 085114535 | 02/12 | 074 | 792.00 | H238401650 | 02/23 | 117 * | 925.87 | H238406877 |
| 02/08 | 016 | 30.00 | 545716696 | 02/12 | 075 | 726.00 | H238401648 | | | Effective Date 02/22 | |
| 02/10 | 019 * | 9,844.50 | 084845400 | 02/12 | 076 | 165.00 | H238401649 | 02/23 | 118 | 1,540.00 | H238406878 |
| 02/12 | 023 * | 371.27 | 085378134 | 02/10 | 078 * | 4,877.50 | L084692802 | | | Effective Date 02/22 | |
| 02/08 | 027 * | 2,284.70 | 083887929 | 02/16 | 079 | 181.86 | 086017602 | 02/23 | 120 * | 200.00 | 545536702 |
| 02/12 | 043 * | 400.00 | L085217535 | 02/16 | 080 | 349.47 | 075663059 | | | Effective Date 02/22 | |
| 02/12 | 044 | 400.00 | L085217534 | 02/12 | 081 | 573.34 | L085518455 | 02/19 | 122 * | 600.00 | H239564214 |
| 02/12 | 045 | 400.00 | L085217533 | 02/17 | 083 * | 892.50 | 083027072 | 02/23 | 124 * | 200.00 | 545536743 |
| 02/12 | 046 | 400.00 | L085217532 | 02/17 | 084 | 761.60 | 083027073 | | | Effective Date 02/22 | |
| 02/12 | 047 | 400.00 | L085217536 | 02/16 | 085 | 615.62 | 085847053 | 02/23 | 125 | 600.00 | 545536791 |
| 02/09 | 059 * | 570.00 | L084276817 | 02/18 | 086 | 1,399.00 | 083529334 | | | Effective Date 02/22 | |

## Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/01 | 387.16 | Service Charge Period Ending 01/29/2010 | |
| 02/18 | 36.00 | Overdraft Item Fee | L086562152 XMK |
| 02/18 | 36.00 | Overdraft Item Fee | 086867892 XMK |
| 02/18 | 36.00 | Overdraft Item Fee | 083027073 XMK |

## Other Deductions

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 02/05 | 20,000.00 | Fed Wire Out 013458 | | W013458 02 |
| 02/11 | 59,226.22 | Ret Dep Item Summary | 673859 | 00000000000 |

Other Deductions continued on next page



# Business Basic Checking

💻 For 24-hour account information, sign on to
pnc.com/mybusiness/

Business Basic Checking Account number: 80-3510-7998 - continued

**For the period 01/30/2010 to 02/26/2010**
CONNOLLY PROPERTIES, INC. DIP
Primary account number: 80-3510-7998
Page 4 of 5

## Other Deductions - continued

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 02/11 | 14,740.57 | Ret Dep Item Summary | 673858 | |
| 02/11 | 3,821.89 | Ret Dep Item Summary | 673857 | 00000000000 |
| 02/11 | 646.00 | Ret Dep Item Summary | 673856 | 00000000000 |
| 02/11 | ¢ 452.20 | Ret Redeposit Summary | 673855 | 000000000000 |
| 02/11 | ¢ 279.54 | Ret Redeposit Summary | 673856 | 000000000000 |
| 02/11 | ¢ 250.00 | Ret Redeposit Summary | 673854 | 000000000000 |
| 02/16 | ₫ 9,450.00 | Ret Dep Item | 678766 | 000000000000 |
| 02/17 | 161,601.39 | Fed Wire Out 019228 | | 0211546467648NSF/UI |
| 02/17 | 11,292.00 | Ret Dep Item Summary | 680550 | W019228 021′ |
| 02/23 | 25,437.25 | Tel 0600093113 0268 Transfer To Effective  02-22-10 | XXXXXX6811 | 000000000000<br>TEL 060 0093113 0268 |
| 02/23 | 14,211.60 | Ret Dep Item Summary | 692067 | |
| 02/24 | 7,789.50 | Ret Dep Item Summary | 695034 | 00000000000 |
| 02/26 | 400.00 | Ret Dep Item Summary | 701460 | 000000000000<br>0000000000000 |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 03/01/2010 and will appear on your next statement as a single line item entitled Service Charge Period Ending 02/26/2010.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | |
| Combined Transactions | 282 | .00 | Required Balance Met |
| Checks Paid | 63 | .00 | Included in Account |
| Deposited Item - Consolidated | 184 | .00 | |
| Deposit Tickets Processed | 35 | .00 | |
| Redeposit Of Returned Check | 19 | .00 | |
| Return Of Deposited Item Charge | 40 | 480.00 | Included in Account |
| Image Bank Local Print | 3 | 15.00 | |
| Wire Out, Voice Init, Non Repetitive | 2 | 50.00 | |
| Wire Transfer Surcharge | 2 | 90.00 | |
| Wire, Treasury Management Services | | 35.00 | |
| Pinacle Services | | 19.99 | |
| Total For Services Used This Period | | 689.99 | |
| **Total Service Charge** | | **689.99** | |

**BANK RECONCILIATION SUMMARY REPORT**
Bank Account 4032 Connolly Properties, Inc. DIP
Connolly Properties, Inc.
Statement Date : 02/28/10

| | |
|---|---:|
| Bank Statement Starting Balance | -597.03 |
| Add Cleared Deposits and Increases (46 Items) | 346,747.66 |
| Less Cleared Checks and Decreases (70 Items) | 305,937.02 |
| Bank Statement Ending Balance | 40,213.61 |
| | |
| Bank Statement Ending Balance | 40,213.61 |
| Add Deposits and Other Increases not Cleared (17 Items) | 119,938.78 |
| Less Checks and Other Decreases not Cleared (9 Items) | 22,386.27 |
| Checkbook Balance as of 02/28/10 | 137,766.12 |
| | |
| Checkbook Balance as of 02/28/10 | 137,766.12 |
| Add Uncleared Deposits etc. written after 02/28/10 (0 Items) | 0.00 |
| Less Uncleared Checks etc. written after 02/28/10 (0 Items) | 0.00 |
| Current Bank Balance | 137,766.12 |

**Connolly Properties, Inc.**

Case No.: 09-44485(MS)
Reporting Period: Jan - Feb, 2010

## Connolly Properties, Inc

| Income | January | February |
|---|---|---|
| Reimbursements from Prop Co's | 24,667 | 18,909 |
|  | 24,667 | 18,909 |
|  |  |  |
| Expenses |  |  |
| Bank Charges | 427 |  |
| Data Processing |  | 594 |
| Fees & Permits |  | 325 |
| Insurance | 13,959 |  |
| Maintenance & Repairs |  | 500 |
| Office Equipment |  | 550 |
| Petty Cash | 1,916 | 616 |
| Postage | 213 | 1,000 |
| Taxes | 795 |  |
| Telephone | 2,285 | 4,155 |
| Temp Agency Charges | 1,071 | 1,654 |
| Travel Expenses | 30 |  |
| Vehicles & Maintenance | 3,972 | 9,515 |
| Total Expenses | 24,667 | 18,909 |
|  |  |  |
| Net Operating Income | 0 | 0 |

**Connolly Properties, Inc.**

Case No.: 09-44498(MS)
Reporting Period: Jan - Feb, 2010

## Status of Postpetition Taxes

| | Beginning Tax Loability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. | Ending Tax Liability |
|---|---|---|---|---|---|---|
| | | | | | | |
| Real Property | $ - | $ - | $ - | | | $ - |
| Other | $ 795 | $ - | $ 795 | 1/24/2010 | 24 | $ - |
| | | | | | | |
| Total Taxes | $ 795 | $ - | $ 795 | | | $ - |
| | | | | | | |

## Summary of Unpaid Post Petition Debts

| | Current | Number of Days Past Due | | | | Total |
|---|---|---|---|---|---|---|
| | | 1 - 30 | 31 - 60 | 61 - 90 | Over 90 | |
| | | | | | | |
| Accounts Payable | $ 2,041 | $ 10,052 | $ 12,730 | $ - | | $ 24,823 |
| Taxes Payable | | | | | | $ - |
| Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Total Post Petition Debts | $ 2,041 | $ 10,052 | $ 12,730 | $ - | $ - | $ 24,823 |
| | | | | | | |

Printed on 3/23/2010 at 5:13 PM

**Connolly Properties, Inc.**

**Case No.: 09-44498(MS)**
**Reporting Period: Jan - Feb, 2010**

**Connolly Properties, Inc.**
**Accounts Receivable Reconciliation and Aging**
**February 28, 2010**

**Accounts Receivable Reconciliation**
Total Accounts Receivable at beginning of reporting period
  + Amounts billed during the period            not available
  - Amounts collected during the period
Total Accounts Receivable at the end of the reporting period

**Accounts Receivable Aging**
0 - 30 days old
31 - 60 days old          Accounts receivable aging not available for this report
61 - 90 days old
91+ days old
Total Accounts Receivable at the end of the reporting period

Amount considered uncollectible (Bad Debt)

Accounts Receivable (Net)

### Debtor Questionnaire

| | |
|---|---|
| Have any assets been sold or transferred outside the normal course of business this reporting | No |
| Have any funds been disbursed from any account other than a debtor in possession account this | No |
| Have all post petition tax returns been timely filed? If no, provide an explanation below. | Yes |
| Are workers compensation, general liability and other necessary insurance coverages in effect. If | Yes |
| Has any bank account been opened during the reporting period. If yes, provide documentation | Yes |

DIP account opened. Statement included in report.